IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIAN HANCOCK, et al., | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | |
| vs. | : | NO. 13-6596 |
| | : | |
| A&R FLAG CAR SERVICE, et al., | : | |
|     Defendants | : | |

## O R D E R

**AND NOW,** this 24th day of August, 2017, upon consideration of the defendants' motion to set aside the default judgment (Document #27), the plaintiffs' response thereto (Document #30), and the defendants' reply brief filed without leave of court[1] (Document #31), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, C. J.

---

[1] See Section II.C.2 of my Policies & Procedures.